IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA BENNETT,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. WHITE and<br>DUKES ICE HOUSE, LLC<br>    Defendants.. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:15-CV-831-B<br><br>COMPLAINT OF DISABILITY<br>ACCOMMODATIONS<br>DISCRIMINATION |

## NOTICE OF VOLUNTARY DISMISSAL
## AGAINST DEFENDANT DUKES ICE HOUSE, LLC

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A), TERESA BENNETT voluntarily dismisses the above captioned action against Defendant **DUKES ICE HOUSE, LLC.**

In support of this motion, Plaintiff would show that no answer has been filed and no counter claims or other pleading seeking affirmative relief on behalf of Defendant are now pending.

At this time it is Plaintiff's intention to continue to seek injunctive relief only against Defendant **WILLIAM R. WHITE**

DATED: September 3, 2015                  Respectfully submitted,

                            _s/Kenneth Carden_
                            **KENNETH D. CARDEN**
                            Bar Card No. 03787300
                            Carden Law, PLLC
                            1409 South Lamar # 601
                            Dallas, Texas 75215
                            Tel. 214.85.3535
                            Fax 214.485.3536
                            Carden@ADA-Law.com

                            **Attorney for Ms. Bennett**